IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br>In the Matter of Patricia Jamie Doran - #065662 | No. C 14-80036 WHA<br><br>**ORDER OF SUSPENSION** |

    Because Patricia Jamie Doran has failed to respond to the order to show cause, Ms. Doran's membership in the bar of this Court is hereby **SUSPENDED**.

    **IT IS SO ORDERED.**

Dated: April 14, 2014.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE